# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CR309 |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVEN R. CARLSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed Motion to Continue Trial [30]. Counsel needs addition time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [30] is granted as follows:

1. The jury trial now set for September 17, 2018 is continued to **October 22, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 22, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 12, 2018.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**